NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

James Juo (State Bar No. 193852)
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile:  (310) 824-9696

ATTORNEYS FOR: Plaintiff

FILED
11 MAY 26 PM 1:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BOOST WORLDWIDE, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | CV11 04549 DMG MRWx |
| L.A. SUPERSTAR, INC. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___BOOST WORLDWIDE, INC.___
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| Boost Worldwide, Inc. | Plaintiff |
| Nextel Boost Investment, Inc. | 100% Owner of Boost Worldwide, Inc. |
| Sprint Nextel Corp. | Parent Corporation |
| L.A. Superstar, Inc. | Defendant |

May 26, 2011
Date

Sign

James Juo
Attorney of record for or party appearing in pro per



CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES